Wood, Plaintiff and Respondent, vs. Royce, Appellant: American Telephone & Telegraph Company and others, Impleaded Defendants and Respondents.

For the appellant: *Bird, Smith, Okoneski & Puchner,* attorneys, and *Richard P. Tinkham, Jr.,* of counsel, all of Wausau.

For the respondents Clinton F. Wood and American Telephone & Telegraph Company: *Fisher, Cashin & Reinholdt* of Stevens Point.

For the respondents Gordon Russell and Western Casualty & Surety Company: *Jenkins & Nason* of Stevens Point.

*By the Court.*—Judgment affirmed.